THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK LONERGAN, Appellant.

*People* v. *Lonergan*, 184 App. Div. 926, appeal dismissed.
(Submitted June 10, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1918, which affirmed a judgment of the Oswego County Court rendered upon a verdict convicting the defendant of the crime of assault in the third degree.

*Patrick Lonergan,* appellant, in person.

*Francis D. Culkin* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.